WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9310
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
          wwong@grsm.com

*Attorneys for Defendant*
*Portfolio Recovery Associates, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GUILLERMO T. ACHURRA, JR. | Case No.: 2:20-cv-00053-RFB-NJK |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR PORTFOLIO RECOVERY ASSOCIATES, LLC TO RESPOND TO COMPLAINT (ECF No. 1)** |
| v. | |
| PORTOFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendants. | **(First Request)** |

Pursuant to Local Rules IA 6-1, IA 6-2, and LR 7-1, the parties, by and through their attorneys of record, stipulate as follows:

1. This is the first stipulation for extension of time to allow Defendant Portfolio Recovery Associates, LLC ("PRA") to respond to the Complaint filed by Guillermo T. Achcurra, Jr. ("Plaintiff") (ECF No. 1).

2. Plaintiff filed his Complaint against PRA on January 9, 2020.

3. On information and belief, the response to the Complaint was due on February 18, 2020.

4. PRA just recently retained counsel. PRA's counsel requires additional time to obtain the file and prepare a response to the Complaint.

/ / /

/ / /

/ / /

5. Therefore, the parties agree to extend PRA's deadline to respond to the Complaint to and including March 10, 2020.

6. This stipulation is not made the purposes of delay.

DATED: February 19, 2020

HAINES & KRIEGER

*/s/ David H. Krieger*
David H. Krieger. (SBN 9086)
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123

*Attorneys for Plaintiff Guillermo T. Achurra, Jr.*

DATED: February 19, 2020

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Wing Yan Wong*
Wing Yan Wong, Esq. (SBN 13622)
300 S. Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Defendant Portfolio Recovery Associates, LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 21, 2020