**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GUILLERMO T. ACHURRA, JR,<br>    Plaintiff(s),<br>v.<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>    Defendant(s). | Case No.: 2:20-cv-00053-RFB-NJK<br><br>**ORDER** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than May 15, 2020.

IT IS SO ORDERED.

Dated: May 12, 2020

_____
Nancy J. Koppe
United States Magistrate Judge